IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:21-cv-22

PHILLIP JONES )
Plaintiff(s), )
)
)
vs )
)
LEGACY HEALTHCARE SERVICES, INC. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

LEGACY HEALTHCARE SERVICES, INC. who is Defendant,
(name of party)      (plaintiff/defendant/other: _____ )

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○   NO ☒

2. Does party have any parent corporations?

   YES ☒   NO ○

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
DAI

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○   NO ☒

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ☒

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: *W. Jeff Fink*
Date: 1-15-2021